# United States Bankruptcy Court
# Central District Of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

| In re:<br>Kiriakos Giannakakos and Jeane Giannakakos<br><br>Debtor(s). | BANKRUPTCY CASE NO.:  8:10–bk–22678–RK |
|---|---|
| | CHAPTER NO.:  13 |
| Jeane Giannakakos<br><br>Plaintiff(s).<br>vs.<br>Freemont Investment & Loan<br><br>Defendant(s). | ADVERSARY NO.:  8:11–ap–01068–RK |

## NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On March 23, 2011, a request was filed for the clerk to enter default against defendant(s) **Mortgage Electronic Registration System**.

Having reviewed the request, the clerk hereby enters default as requested.

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

Dated: March 28, 2011

**By: Audrey Mccall**
   Deputy Clerk

(Form van192–nched VAN–192) Rev. 10/2010                                                                                               **19 – 10 / MCA**